Form 213

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Lawrence C. Durden**
**Donnella D. Durden**
   Debtor(s)

Bankruptcy Case No.: 15−21041−GLT
Related to Docket No. 116
Chapter: 13
Docket No.: 117 − 116
Concil. Conf.: January 26, 2017 at 10:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **December 9, 2016,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **December 19, 2016,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **January 26, 2017** at **10:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: October 25, 2016

cm: All Creditors and Parties In Interest

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

>Ronda J. Winnecour, Trustee
>P.O. Box 84051
>Chicago, IL 60689–4002

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                              Case No. 15-21041-GLT
Lawrence C. Durden                                                  Chapter 13
Donnella D. Durden
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0315-2            User: ctak                  Page 1 of 3                  Date Rcvd: Oct 25, 2016
                                Form ID: 213                Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2016.
db/jdb         +Lawrence C. Durden,    Donnella D. Durden,    3905 Windgap Avenue,    Pittsburgh, PA 15204-1027
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +Specialized Loan Servicing LLC,    14841 Dallas Parkway Suite 300,    Dallas, TX 75254-7883
14024163      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court: Americredit Financial Services, Inc.,    PO Box 183853,
                 Arlington TX 76096)
14025243       +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
14018379       +Capital One,    PO Box 30281,   Salt Lake City, UT 84130-0281
14042621        Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
14066715       +Cavalry SPV I, LLC,    Assignee of Capital One Bank USA, N.A.,    Bass & Associates, P.C.,
                 3936 E Ft. Lowell Road Suite #200,    Tucson, AZ 85712-1083
14018380        Chase,    PO Box 78420,   Phoenix, AZ 85062-8420
14018381       +Collection Service Center,    PO Box 560,   New Kensington, PA 15068-0560
14018382       +Columbia Gas of Pennsylvania,    PO Box 9001846,    Louisville, KY 40290-1846
14018384       +Dattilo and Hall,   305 Mount Lebanon Blvd.,    Pittsburgh, PA 15234-1511
14018386       +Equitable Gas,    PO Box 6766,   Pittsburgh, PA 15212-0766
14018387       +First Federal Credit Control, Inc.,    24700 Chagrin Blvd.,    Suite 205,
                 Beachwood, OH 44122-5662
14018388       +First National Bank,    500 E 60th Street N,   Sioux Falls, SD 57104-0478
14018389       +GM Financial,    PO Box 183834,   Arlington, TX 76096-3834
14050157       +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7142,    Columbus, OH 43219-6009
14032608       +Legacy VISA,    c/o Millennium Financial Group, LLC,    3000 United Founders Blvd., Suite 219,
                 Oklahoma City, OK 73112-4279
14018391       +Magee Womens Hospital UPMC,    PO Box 382059,   Pittsburgh, PA 15250-0001
14018393       +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
14065568        Navient Solutions Inc.,    Department of Education Loan Services,    P.O. Box 9635,
                 Wilkes-Barre, PA   18773-9635
14043758        Navient Solutions Inc. on behalf of USA Funds,    Attn: Bankruptcy Litigation Unit E3149,
                 P.O. Box 9430,   Wilkes-Barre, PA 18773-9430
14051367       +Orange Lake Capital Management,    8505 W. Irio Bronson Memorial Hwy.,    Kissimmee FL 34747-8217
14018395       +Pittsburgh Parking Court,    PO Box 640,   Pittsburgh, PA 15230-0640
14048810       +Pittsburgh Water & Sewer Authority,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
14018396       +Professional Account Management LLC,    633 W Wisconsin Avenue,    Milwaukee, WI 53203-1920
14223005       +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
14018397       +Udren Law Offices,    Woodcrest Corporate Center,   111 Woodcrest Road, Suite 200,
                 Attn: Elizabeth L. Wassall, Esquire,    Cherry Hill, NJ 08003-3620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Oct 26 2016 01:54:33
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL 33131-1605
14029684        E-mail/Text: ally@ebn.phinsolutions.com Oct 26 2016 01:49:11      Ally Bank,   PO Box 130424,
                 Roseville, MN 55113-0004
14029629        E-mail/Text: ally@ebn.phinsolutions.com Oct 26 2016 01:49:11      Ally Financial,
                 PO Box 130424,   Roseville, MN 55113-0004
14018378        E-mail/Text: ally@ebn.phinsolutions.com Oct 26 2016 01:49:11      Ally Financial,
                 PO Box 380901,   Minneapolis, MN 55438-0901
14059254       +E-mail/Text: bnc@atlasacq.com Oct 26 2016 01:49:15      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
14071948       +E-mail/Text: bnc@bass-associates.com Oct 26 2016 01:49:11      Cavalry SPV I, LLC,
                 c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Suite 200,    Tucson, AZ 85712-1083
14018383       +E-mail/Text: creditonebknotifications@resurgent.com Oct 26 2016 01:49:17      Credit One Bank,
                 PO Box 98873,   Las Vegas, NV 89193-8873
14068751       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Oct 26 2016 01:51:03      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14018385       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Oct 26 2016 01:51:03      Duquesne Light Company,
                 411 Seventh Avenue,   Pittsburgh, PA 15219-1942
14018390       +E-mail/Text: bankruptcy@icsystem.com Oct 26 2016 01:50:36      IC Systems, Inc.,   PO Box 64378,
                 Saint Paul, MN 55164-0378
14077705        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 26 2016 01:54:37
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,   PO Box 10587,    Greenville, SC 29603-0587
14018392       +E-mail/Text: bankruptcy@mfgokc.com Oct 26 2016 01:49:09      Millennium Financial Group,
                 5770 NW Expressway,   Suite 102,    Oklahoma City, OK 73132-5238
14042829        E-mail/PDF: pa_dc_litigation@navient.com Oct 26 2016 01:53:59
                 Navient Solutions, Inc. on behalf of USAF,    Attn: Bankruptcy Litigation Unit E3149,
                 P.O. Box 9430,   Wilkes-Barre, PA 18773-9430
14077030        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 26 2016 02:02:42
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
```

```
District/off: 0315-2          User: ctak                    Page 2 of 3                   Date Rcvd: Oct 25, 2016
                              Form ID: 213                  Total Noticed: 47

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14076731       E-mail/Text: bnc-quantum@quantum3group.com Oct 26 2016 01:49:41
               Quantum3 Group LLC as agent for,   Sadino Funding LLC,   PO Box 788,
               Kirkland, WA  98083-0788
14042241       E-mail/PDF: rmscedi@recoverycorp.com Oct 26 2016 01:54:02
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
14080054       E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2016 01:54:27     Synchrony Bank,
               c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
14037066      +E-mail/Text: gohno@wcrsi.com Oct 26 2016 01:50:43     West Coast Realty Services, Inc.,
               17011 Beach Blvd., Suite 300,   Huntington Beach, CA 92647-5950
14018398      +E-mail/Text: gohno@wcrsi.com Oct 26 2016 01:50:43     West Coast Servicing, Inc. Trust,
               17011 Beach Blvd.,  Suite 300,   Huntington Beach, CA 92647-5950
                                                                                              TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Duquesne Light Company
cr             JPMorgan Chase Bank, National Association
cr             Pittsburgh Water & Sewer Authority
cr*           +Americredit Financial Services, Inc. dba GM Financ,   PO Box 183853,   Arlington, TX 76096-3853
cr*           +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,   Highlands Ranch, CO 80129-2386
14018394     ##+Navient,   300 Continental Drive,   Newark, DE 19713-4322
                                                                                    TOTALS: 3, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2016                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brian C. Thompson    on behalf of Debtor Lawrence C. Durden bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
               torney.com
              Brian C. Thompson    on behalf of Joint Debtor Donnella D. Durden bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
               torney.com
              Brian C. Thompson    on behalf of Plaintiff Donnella D. Durden bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
               torney.com
              Brian C. Thompson    on behalf of Plaintiff Lawrence C. Durden bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
               torney.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
```

```
District/off: 0315-2          User: ctak              Page 3 of 3              Date Rcvd: Oct 25, 2016
                              Form ID: 213            Total Noticed: 47
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
      S. James Wallace   on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
      William E. Craig   on behalf of Defendant   AmeriCredit Financial Services dba GM Financial mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com
      William E. Craig   on behalf of Creditor   Americredit Financial Services, Inc. dba GM Financial mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com

                                                                                                                TOTAL: 12