## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Lawrence C. Durden and, | ) | Bankruptcy No. 14-22254-JAD |
| Donnella D. Durden, | ) | |
| Debtors. | ) | |
| | ) | Chapter 13 |
| JPMorgan Chase Bank, N.A. C/O | ) | |
| Specialized Loan Servicing LLC, | ) | |
| | ) | |
| , | ) | |
| | ) | |
| Movant, | ) | Document No. |
| v. | ) | |
| | ) | Related to Document Nos. |
| Lawrence C. Durden and, | ) | |
| Donnella D. Durden, | ) | |
| | ) | |
| Respondents. | ) | |

### DEBTORS' DECLARATION OF SUFFICIENT PLAN FUNDING

Pursuant with the Order of Court entered on October 11, 2016, after reasonable investigation and upon review of the existing Chapter 13 Plan, and the recomputed plan, it appears to Debtor that the existing payment is sufficient to fund the plan even with the proposed payment change for November 1, 2016.

The new post-petition monthly payment payable to Movant is $873.03, effective November 1, 2016 per the notice dated October 7, 2016.  The monthly plan payment is sufficient for the payment change.

Dated: October 28, 2016                    /s/Brian C. Thompson, Esquire
Brian C. Thompson
PA ID: 91197
Thompson Law Group, P.C.
125 Warrendale-Bayne Rd., Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com