**Form 237**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Lawrence C. Durden** | : | Case No. 15–21041–GLT |
| **Donnella D. Durden** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| Specialized Loan Servicing LLC | : | |
| *Movant,* | : | Related to Claim No. 14 |
| | : | |
| v. | : | |
| Lawrence C. Durden, | : | |
| Donnella D. Durden and | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

### ORDER

AND NOW, this **17th day of November, 2016,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *Specialized Loan Servicing LLC* at Claim No. 14 in the above–captioned bankruptcy case,

It is hereby *ORDERED* that *on or before twenty–one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1)   an *AMENDED CHAPTER 13 PLAN;*

(2)   a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3)   an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self–schedule a hearing on the matter pursuant to the Court's procedures.

*The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 15-21041-GLT
Lawrence C. Durden                                                      Chapter 13
Donnella D. Durden
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 1              Date Rcvd: Nov 17, 2016
                              Form ID: 237            Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 19, 2016.
db/jdb        +Lawrence C. Durden,   Donnella D. Durden,   3905 Windgap Avenue,   Pittsburgh, PA 15204-1027
cr            +Specialized Loan Servicing LLC,   14841 Dallas Parkway Suite 300,   Dallas, TX 75254-7883

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 17, 2016 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association
           agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Brian C. Thompson    on behalf of Plaintiff Donnella D. Durden bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
           spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
           torney.com
          Brian C. Thompson    on behalf of Plaintiff Lawrence C. Durden bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
           spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
           torney.com
          Brian C. Thompson    on behalf of Debtor Lawrence C. Durden bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
           spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
           torney.com
          Brian C. Thompson    on behalf of Joint Debtor Donnella D. Durden bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
           spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
           torney.com
          Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
           cnoroski@grblaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          William E. Craig    on behalf of Defendant    AmeriCredit Financial Services dba GM Financial
           mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com
          William E. Craig    on behalf of Creditor    Americredit Financial Services, Inc. dba GM Financial
           mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com
                                                                               TOTAL: 12