# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 15-21041-GLT |
| | ) | |
| Lawrence C. Durden, | ) | Chapter 13 |
| Donnella D. Durden, | ) | |
| | ) | |
| Debtors. | ) | Document No. |
| _____ | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| vs. | ) | February 15, 2017 at 10:00 A.M. |
| | ) | |
| No Respondent. | ) | |

## SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTER 13 ON BEHALF OF THOMPSON LAW GROUP, P.C.

To All Creditors and Parties in Interest:

1. Applicant represents Lawrence C. Durden & Donnella D. Durden.

2. This is an interim application for the period January 12, 2015 through January 4, 2017.

3. Previous retainer paid to Applicant: $500.00

4. Previous interim compensation allowed to Applicant: $3,500.00

5. Disbursements made to Applicant by Chapter 13 Trustee through Chapter 13 Plan: $3,091.63 (as of the date of filing of this application)

6. Applicant requests additional:
   Compensation of $7,506.00
   Reimbursement of Expenses of $248.95

7. A hearing on the Application will be held in Courtroom A, 600 Grant Street, 54th Floor, Pittsburgh, PA 15219 before Judge Gregory L. Taddonio on February 15, 2017, at 10:00 a.m.

8. Any written objections must be filed with the court and served on Applicant on or before January 21, 2017, seventeen (17) days from the date of this notice plus and additional three days if served by mail). Copies of the application are available from the applicant.

Dated: January 4, 2017                              s/Brian C. Thompson

Brian C. Thompson, Esquire
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
125 Warrendale-Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404
bthompson@thompsonattorney.com