# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** LAWRENCE C. & DONNELLA D. DURDEN
**Case Number:** 15-21041-GLT    **Chapter:** 13
**Date / Time / Room:** THURSDAY, JANUARY 26, 2017 10:00 AM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

RECEIVED
2017 JAN 26 P 1:34
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

### *Matter:*

#116 - Trustee's Certificate of Default to Dismiss
(Fee App Pending - Hearing 2/15/2017, Response due 1/21/2017)
(No Response to COD)
R / M #: 116 / 0

### *Appearances:*

Debtor: Lemon
Trustee: Winnecour / (Bedford) / Pail / Katz
Creditor:

*Payments too far behind to cure.*
*Trustee moves for dismissal based*
*on written COD to which the debtor*
*did not respond and has*
*no defense -*

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. ✓ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

1/19/2017  11:38:56AM