**Form 309**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Lawrence C. Durden** | : | Case No. 15–21041–GLT |
| **Donnella D. Durden** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Issued Per 1/26/2017 Proceeding |
| | : | |

### ORDER DISMISSING CASE WITHOUT PREJUDICE AND
### TERMINATING WAGE ATTACHMENT

     *AND NOW,* this *26th day of January, 2017,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby *ORDERED, ADJUDGED and DECREED* as follows:

     (1)  The above–captioned case is *DISMISSED, without prejudice*. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. *Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.*

     (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

     (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13–FR–S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

     (4)  The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-21041-GLT
Lawrence C. Durden                                                        Chapter 13
Donnella D. Durden
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas          Page 1 of 3          Date Rcvd: Jan 26, 2017
                              Form ID: 309        Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 28, 2017.
```
db/jdb      +Lawrence C. Durden,   Donnella D. Durden,   3905 Windgap Avenue,   Pittsburgh, PA 15204-1027
cr          +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
             Pittsburgh, PA 15212-5860
cr          +Specialized Loan Servicing LLC,   14841 Dallas Parkway Suite 300,   Dallas, TX 75254-7883
14025243    +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
             Arlington, TX 76096-3853
14066715    +Cavalry SPV I, LLC,   Assignee of Capital One Bank USA, N.A.,   Bass & Associates, P.C.,
             3936 E Ft. Lowell Road Suite #200,   Tucson, AZ 85712-1083
14018380     Chase,   PO Box 78420,   Phoenix, AZ 85062-8420
14018381    +Collection Service Center,   PO Box 560,   New Kensington, PA 15068-0560
14018382    +Columbia Gas of Pennsylvania,   PO Box 9001846,   Louisville, KY 40290-1846
14018384    +Dattilo and Hall,   305 Mount Lebanon Blvd,   Pittsburgh, PA 15234-1511
14018386    +Equitable Gas,   PO Box 6766,   Pittsburgh, PA 15212-0766
14018387    +First Federal Credit Control, Inc.,   24700 Chagrin Blvd.,   Suite 205,
             Beachwood, OH 44122-5662
14018388    +First National Bank,   500 E 60th Street N,   Sioux Falls, SD 57104-0478
14050157    +JPMorgan Chase Bank, N.A.,   3415 Vision Drive,   OH4-7142,   Columbus, OH 43219-6009
14032608    +Legacy VISA,   c/o Millennium Financial Group, LLC,   3000 United Founders Blvd., Suite 219,
             Oklahoma City, OK 73112-4279
14018391    +Magee Womens Hospital UPMC,   PO Box 382059,   Pittsburgh, PA 15250-0001
14018393    +National Recovery Agency,   2491 Paxton Street,   Harrisburg, PA 17111-1036
14065568     Navient Solutions Inc.,   Department of Education Loan Services,   P.O. Box 9635,
             Wilkes-Barre, PA  18773-9635
14043758     Navient Solutions Inc. on behalf of USA Funds,   Attn: Bankruptcy Litigation Unit E3149,
             P.O. Box 9430,   Wilkes-Barre, PA 18773-9430
14051367    +Orange Lake Capital Management,   8505 W. Irio Bronson Memorial Hwy.,   Kissimmee FL 34747-8217
14018395    +Pittsburgh Parking Court,   PO Box 640,   Pittsburgh, PA 15230-0640
14048810    +Pittsburgh Water & Sewer Authority,   c/o Goehring Rutter & Boehm,
             437 Grant Street, 14th Floor,   Pittsburgh, PA 15219-6101
14018396    +Professional Account Management LLC,   633 W Wisconsin Avenue,   Milwaukee, WI 53203-1920
14223005    +Specialized Loan Servicing LLC,   8742 Lucent Blvd Suite 300,   Highlands Ranch, CO 80129-2386
14018397    +Udren Law Offices,   Woodcrest Corporate Center,   111 Woodcrest Road, Suite 200,
             Attn: Elizabeth L. Wassall, Esquire,   Cherry Hill, NJ 08003-3620
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           EDI: RECOVERYCORP.COM Jan 27 2017 01:21:00   Recovery Management Systems Corporation,
             25 S.E. Second Avenue,   Suite 1120,   Miami, FL  33131-1605
14024163     EDI: PHINAMERI.COM Jan 27 2017 01:22:00   Americredit Financial Services, Inc.,
             PO Box 183853,   Arlington TX 76096
14029684     EDI: GMACFS.COM Jan 27 2017 01:20:00   Ally Bank,   PO Box 130424,   Roseville, MN 55113-0004
14029629     EDI: GMACFS.COM Jan 27 2017 01:20:00   Ally Financial,   PO Box 130424,
             Roseville, MN 55113-0004
14018378     EDI: GMACFS.COM Jan 27 2017 01:20:00   Ally Financial,   PO Box 380901,
             Minneapolis, MN 55438-0901
14059254    +EDI: ATLASACQU.COM Jan 27 2017 01:26:00   Atlas Acquisitions LLC,   294 Union St.,
             Hackensack, NJ 07601-4303
14018379    +EDI: CAPITALONE.COM Jan 27 2017 01:24:00   Capital One,   PO Box 30281,
             Salt Lake City, UT 84130-0281
14042621     EDI: CAPITALONE.COM Jan 27 2017 01:24:00   Capital One Bank (USA), N.A.,   PO Box 71083,
             Charlotte, NC  28272-1083
14071948    +EDI: BASSASSOC.COM Jan 27 2017 01:26:00   Cavalry SPV I, LLC,   c/o Bass & Associates, P.C.,
             3936 E. Ft. Lowell Suite 200,   Tucson, AZ 85712-1083
14018383    +EDI: RCSFNBMARIN.COM Jan 27 2017 01:23:00   Credit One Bank,   PO Box 98873,
             Las Vegas, NV 89193-8873
14068751    +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Jan 27 2017 01:00:15   Duquesne Light Company,
             c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
             Pittsburgh, PA 15219-1945
14018385    +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Jan 27 2017 01:00:15   Duquesne Light Company,
             411 Seventh Avenue,   Pittsburgh, PA 15219-1942
14018389    +EDI: PHINAMERI.COM Jan 27 2017 01:22:00   GM Financial,   PO Box 183834,
             Arlington, TX 76096-3834
14018390    +EDI: IIC9.COM Jan 27 2017 01:25:00   IC Systems, Inc.,   PO Box 64378,
             Saint Paul, MN 55164-0378
14077705     EDI: RESURGENT.COM Jan 27 2017 01:24:00   LVNV Funding, LLC its successors and assigns as,
             assignee of FNBM, LLC,   Resurgent Capital Services,   PO Box 10587,
             Greenville, SC 29603-0587
14018392    +E-mail/Text: bankruptcy@mfgokc.com Jan 27 2017 00:59:20   Millennium Finanical Group,
             5770 NW Expressway,   Suite 102,   Oklahoma City, OK 73132-5238
14042829     EDI: NAVIENTFKASMGUAR.COM Jan 27 2017 01:25:00   Navient Solutions, Inc. on behalf of USAF,
             Attn: Bankruptcy Litigation Unit E3149,   P.O. Box 9430,   Wilkes-Barre, PA 18773-9430
14077030     EDI: PRA.COM Jan 27 2017 01:20:00   Portfolio Recovery Associates, LLC,   POB 12914,
             Norfolk VA 23541
```

```
District/off: 0315-2         User: dbas           Page 2 of 3          Date Rcvd: Jan 26, 2017
                            Form ID: 309          Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14076731         EDI: Q3G.COM Jan 27 2017 01:26:00      Quantum3 Group LLC as agent for,   Sadino Funding LLC,
                 PO Box 788,   Kirkland, WA  98083-0788
14042241         EDI: RECOVERYCORP.COM Jan 27 2017 01:21:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
14080054         EDI: RMSC.COM Jan 27 2017 01:25:00      Synchrony Bank,   c/o Recovery Management Systems Corp,
                 25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
14037066         +E-mail/Text: gohno@wcrsi.com Jan 27 2017 01:00:08      West Coast Realty Services, Inc.,
                 17011 Beach Blvd., Suite 300,   Huntington Beach, CA 92647-5950
14018398         +E-mail/Text: gohno@wcrsi.com Jan 27 2017 01:00:08      West Coast Servicing, Inc. Trust,
                 17011 Beach Blvd.,   Suite 300,   Huntington Beach, CA 92647-5950
                                                                                    TOTAL: 23
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Duquesne Light Company
cr               JPMorgan Chase Bank, National Association
cr*              Pittsburgh Water & Sewer Authority
cr*              +Americredit Financial Services, Inc. dba GM Financ,   PO Box 183853,   Arlington, TX 76096-3853
cr*              +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,   Highlands Ranch, CO 80129-2386
14018394         ##+Navient,   300 Continental Drive,   Newark, DE 19713-4322
                                                                      TOTALS: 3, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2017                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 26, 2017 at the address(es) listed below:
```
          Andrew F Gornall   on behalf of Creditor    JPMorgan Chase Bank, National Association
           agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Brian C. Thompson   on behalf of Debtor Lawrence C. Durden bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
           spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
           torney.com
          Brian C. Thompson   on behalf of Joint Debtor Donnella D. Durden bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
           spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
           torney.com
          Brian C. Thompson   on behalf of Plaintiff Donnella D. Durden bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
           spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
           torney.com
          Brian C. Thompson   on behalf of Plaintiff Lawrence C. Durden bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
           spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
           torney.com
          James Warmbrodt   on behalf of Creditor    JPMorgan Chase Bank, National Association
           bkgroup@kmllawgroup.com
          Jeffrey R. Hunt   on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
           cnoroski@grblaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft   on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace   on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
```

District/off: 0315-2          User: dbas          Page 3 of 3          Date Rcvd: Jan 26, 2017
                             Form ID: 309          Total Noticed: 47

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William E. Craig    on behalf of Defendant    AmeriCredit Financial Services dba GM Financial
              mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com
          William E. Craig    on behalf of Creditor    Americredit Financial Services, Inc. dba GM Financial
              mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com
                                                                              TOTAL: 13