**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

LAWRENCE C. DURDEN
DONNELLA D. DURDEN
    Debtor(s)

Case No.:15-21041 GLT

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 03/27/2015 and confirmed on 06/04/2015. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 45,086.66 |
| Less Refunds to Debtor | 891.88 | |
| TOTAL AMOUNT OF PLAN FUND | | 44,194.78 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 3,551.07 | |
|     Trustee Fee | 1,740.25 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,291.32 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| SPECIALIZED LOAN SERVICING LLC<br>Acct: 3716 | 0.00 | 16,793.30 | 0.00 | 16,793.30 |
| SPECIALIZED LOAN SERVICING LLC<br>Acct: 3716 | 0.00 | 0.00 | 0.00 | 0.00 |
| ORANGE LAKE CNTRY CLUB &RSRT<br>Acct: XXX2184 | 0.00 | 0.00 | 0.00 | 0.00 |
| SPECIALIZED LOAN SERVICING LLC<br>Acct: 3716 | 2,249.10 | 0.00 | 0.00 | 0.00 |
| PITTSBURGH WATER & SEWER AUTH*<br>Acct: 1F51 | 1,729.29 | 0.00 | 0.00 | 0.00 |
| PITTSBURGH WATER & SEWER AUTH*<br>Acct: 1F51 | 1,293.51 | 0.00 | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SVCS INC DBA G<br>Acct: 9041 | 10,406.00 | 4,336.82 | 683.67 | 5,020.49 |
| ALLY FINANCIAL(*)<br>Acct: 2144 | 19,747.80 | 4,856.80 | 1,407.90 | 6,264.70 |
| ALLY FINANCIAL(*)<br>Acct: 2144 | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| ALLY BANK(*) | 0.00 | 8,952.73 | 0.00 | 8,952.73 |
| Acct: 0057 | | | | |
| | | | | 37,031.22 |
| **Priority** | | | | |
| BRIAN C THOMPSON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAWRENCE C. DURDEN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAWRENCE C. DURDEN | 891.88 | 891.88 | 0.00 | 0.00 |
| Acct: | | | | |
| THOMPSON LAW GROUP PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THOMPSON LAW GROUP PC | 3,500.00 | 3,150.23 | 0.00 | 0.00 |
| Acct: | | | | |
| THOMPSON LAW GROUP PC | 7,754.95 | 400.84 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX4-17 | | | | |
| CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
| Acct: XXXXXXXX-GLT | | | | |
| | | | | 310.00 |
| **Unsecured** | | | | |
| NAVIENT SOLUTIONS INC O/B/O USAF INC | 0.00 | 1,562.24 | 0.00 | 1,562.24 |
| Acct: XXXXX9444 | | | | |
| NAVIENT SOLUTIONS INC O/B/O USAF INC | 4,312.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXX9444 | | | | |
| DUQUESNE LIGHT COMPANY* | 2,266.35 | 0.00 | 0.00 | 0.00 |
| Acct: 4672 | | | | |
| WEST COAST SERVICING INC | 78,451.29 | 0.00 | 0.00 | 0.00 |
| Acct: 4672 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE** | 554.34 | 0.00 | 0.00 | 0.00 |
| Acct: 0727 | | | | |
| CAPITAL ONE BANK NA** | 1,607.08 | 0.00 | 0.00 | 0.00 |
| Acct: 2000 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: F54 | | | | |
| COLUMBIA GAS OF PA INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXX0007 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 1,537.97 | 0.00 | 0.00 | 0.00 |
| Acct: 4713 | | | | |
| FIRST FEDERAL CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1074 | | | | |
| FNCC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXX2481 | | | | |
| I.C. SYSTEMS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2206 | | | | |
| I.C. SYSTEMS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4756 | | | | |
| LEGACY VISA | 463.60 | 0.00 | 0.00 | 0.00 |
| Acct: 4672 | | | | |
| NATIONAL RECOVERY AGENCY GROUP** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2803 | | | | |
| NAVIENT SOLUTIONS INC O/B/O USAF INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4672 | | | | |
| NAVIENT SOLUTIONS INC O/B/O USAF INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4672 | | | | |
| NAVIENT SOLUTIONS INC O/B/O USAF INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4672 | | | | |
| NAVIENT SOLUTIONS INC O/B/O USAF INC | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 4672 | | | | |
| NAVIENT SOLUTIONS INC O/B/O DEPARTM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4672 | | | | |
| NAVIENT SOLUTIONS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXX0082 | | | | |
| NAVIENT SOLUTIONS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXX0062 | | | | |
| NAVIENT SOLUTIONS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXX0052 | | | | |
| NAVIENT SOLUTIONS INC O/B/O USAF INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9444 | | | | |
| NAVIENT SOLUTIONS INC O/B/O USAF INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9444 | | | | |
| NAVIENT SOLUTIONS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXX0022 | | | | |
| NAVIENT SOLUTIONS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXX0012 | | | | |
| NAVIENT SOLUTIONS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXX0022 | | | | |
| PITTSBURGH PARKING COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1010 | | | | |
| AMERICREDIT FINANCIAL SVCS INC DBA G | 3,519.12 | 0.00 | 0.00 | 0.00 |
| Acct: 9041 | | | | |
| ATLAS ACQUISITIONS LLC - AS ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3345 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE** | 1,656.96 | 0.00 | 0.00 | 0.00 |
| Acct: 1203 | | | | |
| QUANTUM3 GROUP LLC AGNT - SADINO FU | 641.55 | 0.00 | 0.00 | 0.00 |
| Acct: 3471 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 733.70 | 0.00 | 0.00 | 0.00 |
| Acct: 7389 | | | | |
| SYNCHRONY BANK | 109.54 | 0.00 | 0.00 | 0.00 |
| Acct: 9977 | | | | |
| SYNCHRONY BANK | 195.04 | 0.00 | 0.00 | 0.00 |
| Acct: 1496 | | | | |
| EQUITABLE GAS CO (*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXPRAE | | | | |
| | | | | 1,562.24 |

TOTAL PAID TO CREDITORS    38,903.46

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 310.00 |
| SECURED | 35,425.70 |
| UNSECURED | 96.048.54 |

Date: 03/03/2017

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com